```
IN THE UNITED STATES DISTRICT COURT
   FOR THE MIDDLE DISTRICT OF GEORGIA
            COLUMBUS DIVISION
```

| | |
|---|---|
| JAMES HOLSEY, | * |
|     Petitioner, | * |
| vs. | * |
| DANNY THOMPSON, Warden, | *    CASE NO. 4:10-CV-25-CDL |
|     Respondent. | *    28 U.S.C. § 2254 |
| | * |

## ORDER ON REPORT AND RECOMMENDATION

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on March 21, 2013. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plaint error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court. The Court further finds that to the extent a Certificate of Appealability is required to appeal this order, the Court declines to issue one because the present record does not demonstrate that one is warranted.

IT IS SO ORDERED, this 22nd day of April, 2013.

                                      s/Clay D. Land
                                        CLAY D. LAND
                          UNITED STATES DISTRICT JUDGE